People v Blandford (2024 NY Slip Op 01421)

People v Blandford

2024 NY Slip Op 01421

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, OGDEN, AND DELCONTE, JJ.

142 KA 23-00836

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
MARK A. BLANDFORD, DEFENDANT-APPELLANT. 

HAYDEN M. DADD, CONFLICT DEFENDER, GENESEO (BRADLEY E. KEEM OF COUNSEL), FOR DEFENDANT-APPELLANT. 
GREGORY J. MCCAFFREY, DISTRICT ATTORNEY, GENESEO (JOSHUA J. TONRA OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Livingston County Court (Jennifer M. Noto, J.), rendered January 19, 2023. The judgment convicted defendant, upon a guilty plea, of failure to report a change of address as a sex offender. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court